JS 44
Rev. 12/96)

# CIVIL COVER SHEET

**B-01-049**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

## DEFENDANTS
TWENTY-SIX THOUSAND DOLLARS ($26,000.00) IN UNITED STATES CURRENCY

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  CAMERON
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
RONALD G. MORGAN
600 E. HARRISON STREET, #201
BROWNSVILLE, TX 78520-7114
(956) 548-2554

ATTORNEYS (IF KNOWN)
ANGEL CASTRO
ATTORNEY AT LAW
302 KINGS HIGHWAY, SUITE 107
BROWNSVILLE, TX 78521

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 U.S. Government Plaintiff
- ☐ 2 U.S Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## VI. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☒ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | | ☐ 550 Civil Rights | | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION
(CITE THE U S CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL UNLESS DIVERSITY.)

21 § 881(a)(6)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ YES   ☐ NO

## VIII. RELATED CASE(S) IF ANY  (See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE: 3-23-1

SIGNATURE OF ATTORNEY OF RECORD
for RONALD G. MORGAN, AUSA

### FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

This form was electronically produced by Elite Federal Forms, Inc.

United States District Court
Southern District of Texas
FILED

MAR 23 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIV. NO. B-01- |
| § | |
| TWENTY-SIX THOUSAND DOLLARS ($26,000.00) § | **B-01-049** |
| IN UNITED STATES CURRENCY § | |
| § | |
| Defendant. § | |

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

NOW COMES the United States of America, Plaintiff, by and through its attorneys MERVYN M. MOSBACKER, United States Attorney, and RONALD G. MORGAN, Assistant United States Attorney, and in support of this Complaint for forfeiture in rem states as follows:

1. This is a civil action in rem brought to enforce the provisions of 21 U.S.C. § 881(a)(6) for the forfeiture of the Defendant Currency which was used or intended to be used in exchange for controlled substances or represents proceeds of trafficking in controlled substances or was used or intended to be used to facilitate a violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801 et seq.

2. This Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355.

3. On or about October 31, 2000, the Defendant Currency was seized in Cameron County, Texas, within the jurisdiction of this Court, by law enforcement agents.

4. On or about October 31, 2000, at approximately 7:30 a.m., a Harlingen Police Department K-9 handler and his certified K-9 "Kai" were conducting a drug interdiction inspection

at the Federal Express terminal at the Valley International Airport in Harlingen, Texas.

5. The K-9 alerted on a Federal Express package, air bill number 823905132604. The package was addressed to Esther Munoz, 261 Santos Gomez Drive, San Benito, Texas, 78586. The sender of the package was listed as Juan Mendez, 107 Delia Street, Wimauma, Florida, 33598, who was identified by the Dania Robles, who filed an administrative claim in this matter, as her husband.

6. When the K-9 alerted, the K-9 handler set the package aside and obtained a state search warrant to open and search the package. The search revealed $26,000 in United States currency made up of the following denominations: 87 - $100 bills; 58 - $50 bills; 719 - $20 bills; 1 - $10 bill; and 2 - $5 bills. The bills were packaged with rubber bands.

7. According to the K-9 handlers, the odor of marihuana emanating from the defendant currency at the time that the Federal Express package was opened was so strong as to be clearly identifiable as such without requiring the olfactory sensitivity of the K-9. The Government avers that this strong odor indicates that the defendant currency had recently been held with or next to marihuana.

8. On October 31, 2000, federal agents interviewed the addressee, Esther Munoz. Mrs. Munoz informed the agents that she was expecting a package of currency from her daughter, Dania Robles, but did not know the amount of currency. Mrs. Munoz claimed that her daughter, Dania Robles, had instructed her to find and purchase a lot for Dania Robles with the currency.

9. When Dania Robles was contacted, she claimed that she and her husband, Juan Mendez had saved the money. Dania claimed that she and her husband had saved the money from their employment. Dania stated that she was employed in the subscription department of a magazine

2

company and that her husband was an illegal alien, who did yard work.

10. Upon information and belief, and based upon a W-2 obtained from her employer, it appears that Dania Robles's income for all of the year 2000 was $18,148.00.

11. Upon information and belief, based upon information obtained by agents from employees of Federal Express, similar packages previously have been delivered to Esther Munoz's address in the past.

12. On January 9, 2001, Dania Robles filed an administrative claim for the Defendant currency. In that claim, Dania Robles reiterated her original claim that the currency had been generated as a result of her employment and was sent to her mother for the purchase by her mother of a home for Dania Robles.

13. The evidence establishes by a preponderance that the Defendant Currency is forfeitable to the United States as set forth in Title 21, United States Code, Section 881(a)(6).

14. The Defendant Currency was used, or intended to be used, in exchange for a controlled substance, or represents proceeds of trafficking in a controlled substance or was used or intended to be used to facilitate a violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801 et seq., and is therefore subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

WHEREFORE, the United States of America prays:

1. Monition issue according to the normal procedure of this Court citing all persons having an interest in the above described Defendant Currency to appear on the return day of process by filing a claim and answer pursuant to Rule C(6), Supplemental Rules for Certain Admiralty and

Maritime Claims, or as ordered by the Court;

    2.    That Warrant of Seizure issue to the United States Marshal commanding him to seize the Defendant Currency;

    3.    That judgment of forfeiture to the United States be decreed against the Defendant Currency; and

    4.    For costs and such other and further relief to which plaintiff may be entitled.

Respectfully submitted,

MERVYN M. MOSBACKER
United States Attorney

By: *[signature]*
RONALD G. MORGAN
Assistant U. S. Attorney
Federal Bar No. 23902
TX Bar No. 00795014
600 East Harrison, # 201
Brownsville, Texas 78520
Tel No. (956) 548-2554
Fax No. (956) 548-2711

4

# VERIFICATION

I, George Delaunay, upon oath declare and say that:

1. I am a Special Agent with the Drug Enforcement Administration and I am one of the agents responsible for the investigation concerning this litigation.

2. I have read the above Complaint for Forfeiture.

3. I have furnished the information leading to the allegations contained in the Complaint for Forfeiture.

4. Based on my investigation, the information and allegations contained in the Complaint for Forfeiture are true and correct and establish by a preponderance of the evidence proof to seize and forfeit the Defendant Currency as set forth therein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 14th Day of March, 2001.

_____
GEORGE DELAUNAY
Special Agent
Drug Enforcement Administration

Subscribed and sworn to before me on this the 14th day of March, 2001.

BELIA V. ZEPEDA
MY COMMISSION EXPIRES
January 4, 2005

_____
Notary Public for the States of Texas

My commission expires on 1/4/2005.

5

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above **VERIFIED COMPLAINT FOR FORFEITURE *IN REM*** was sent via first-class mail, return receipt requested, to counsel for the claimant, addressed to her counsel in accordance with the directions contained in claimant's claim, on this __23rd__ day of __March__, 2001.

Dania Robles and Juan Mendez
107 Delia Street
Wimauma, Florida 33598

Angel Castro
Law Offices of Angel Castro
302 Kings Highway, Ste. 107
Brownsville, Texas 78521

_____
RONALD G. MORGAN
Assistant U.S. Attorney

6

B-01-049

**WARRANT OF SEIZURE AND MONITION
UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

MAR 2 3 2001

Michael N. Milby
Clerk of Court

**To the United Marshals Service or any designated agent:**

   **WHEREAS,** on this day, a Complaint for Forfeiture was filed in the United States District Court for the Southern District of Texas, by MERVYN M. MOSBACKER, United States Attorney for said district, on behalf of the United States of America, against the following described property:

TWENTY-SIX THOUSAND DOLLARS ($26,000) IN UNITED STATES CURRENCY

and praying that all person interested in said goods, wares, and merchandise may be cited in general and special, to answer the premises; and due proceedings being had, that the said goods, wares, and merchandise may, for the causes in said Complaint mentioned, be condemned as forfeited to the use of the United States.

   **YOU ARE THEREFORE HEREBY COMMANDED** to attach the said goods, wares, and merchandise, and to detain the same in your custody until further order of said Court respecting the same; and to give notice by publication in the LOCAL NEWSPAPER to all persons claiming the same, or knowing or having anything to say why the same should not be condemned as forfeited to the use of the United States, pursuant to the prayer of said Complaint, that they be and appear before this Court, at the City of Brownsville within the (30) days after giving of publication notice, if the same shall be a day of jurisdiction thereafter, then and there to interpose a claim for the same and to make their allegations in that behalf and that they shall file and serve their answers within (20) days after the filing of said claims. And what you have done in the premises, do you then and there make return thereof, together with this writ.

| WITNESS THE HONORABLE | UNITED STATES DISTRICT JUDGE AT: |
|---|---|
| Filemon B. Vela | BROWNSVILLE, TEXAS |
| **DATE:** | **CLERK:** |
| 3/23/01 | MICHAEL N. MILBY |
| | **BY DEPUTY CLERK:** [signature] |

RETURNABLE ___ DAY AFTER ISSUE.

**SERVICE RETURN**

| DISTRICT: | DATE THE WRIT WAS RECEIVED AND EXECUTED |
|---|---|
| | |
| **U.S. MARSHAL:** | **BY DEPUTY MARSHAL:** |
| | |