| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>United States of America  (CATS ID #01-DEA-385511) | COURT CASE NUMBER<br>Civil No. B-01-049 |
|---|---|
| DEFENDANT  Twenty-Six Thousand Dollars ($26,000.00)<br>In United States Currency | TYPE OF PROCESS<br>Complaint of Forfeiture in Rem |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Angel Castro, Attorney at Law

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

302 Kings Highway, Ste. 107, Brownsville, TX 78521

United States District Court
Southern District of Texas
FILED
APR 06 2001
Michael N. Milby
Clerk of Court

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ronald G. Morgan
Assistant U.S. Attorney
U.S. Attorney's Office
600 E. Harrison Street, #201
Brownsville, TX 78520-7114

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Personally hand-deliver a copy of the Verified Complaint for Forfeiture in Rem to the above-named individual and/or any other qualified member of the office.

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: (956) 548-2554

DATE: 03/23/01

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Angel Castro/ Attorney at Law | ☐ |

| Address (complete only if different than shown above) | Date of Service | Time | am/pm |
|---|---|---|---|
| 302 Kings Highway, Ste. 107<br>Brownsville, TX 78521 | 3/30/01 | 3:05 | pm |

Signature of U.S. Marshal or Deputy: Adel A. Ahmed

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | 5mls/$1.73 | 0.00 | $46.73 | 0.00 | $46.73 | 0.00 |

REMARKS:

3/30/01-2:50p.m.-3:15p.m., DUSM Ahmed, 5mls. roundtrip, was served. I was assisted by DUSM Atkinson. A.A.A.

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|