8

United States District Court
Southern District of Texas
RECEIVED

APR 17 2001

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA *
Plaintiff, *
*
VS. * CIV. NO. B-01-049
*
TWNENTY SIX THOUSAND DOLLARS *
IN UNITED STATES CURRENCY *

DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JUAN MENDEZ and DANIA ROBLES, Respondents herein, by and through the undersigned attorney and files this Original Answer in the above entitled and numbered cause. In support hereof, Respondents would show the jury and this Honorable Court the following:

I.

GENERAL DENIAL

1. Respondents enter a general denial of the matters pleaded by the Plaintiff and demands strict proof thereof in accordance with the law.

II.

AFFIRMATIVE DEFENSE

2. By way of further answer, should such be necessary, and without waiving the foregoing, Respondent pleads that the search that resulted in the seizure of the property that forms the basis of this lawsuit, was illegal under the Texas and United States Constitution.

AFFIRMATIVE RELIEF

9. Respondent seeks the return of the seized property free

ClibPDF - www.fastio.com

of all costs and charges.

10. Respondents seeks recovery of all accrued interest on any portion of the seized property returned to them.

PRAYER

WHEREFORE, PREMISES CONSIDERED, Respondents pray that the Court grant judgement herein for Respondents, that Plaintiff go forth and take nothing, that Respondents obtain the affirmative relief sought, and for all general and equitable relief.

Respectfully submitted,

LAW OFFICE OF ANGEL CASTRO

Angel Castro
State Bar No. 03997340
Fed. ID No. 11415

302 Kings Hwy., Suite #107
Brownsville, Texas 78521
(956) 544-2399
544-6829 FAX

CERTIFICATE OF SERVICE

I, ANGEL CASTRO, certify that a true and correct copy of the foregoing has been forwarded to RONALD G. MORGAN, Assistant U.S. Attorney, 600 E. Harrison Street, #201, Brownsville, Texas, on this the 16, day of April, 2001.

Angel Castro

ClibPDF - www.fastio.com