9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 6 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | CIV. NO. B-01-049 |
| | * | |
| TWENTY-SIX THOUSAND DOLLARS | * | |
| ($26,000.00) IN U.S. CURRENCY | * | |

## VERIFIED CLAIM

COMES NOW, DANIA ROBLES and JUAN MENDES, Respondents herein, making this verified claim in the above entitled and numbered cause.

On or about November 8 , 2000, State of Texas law enforcement agents seized the sum of Twenty Six Thousand Dollars ($26,000.00) in U.S. currency from Respondents. The seizure was adopted by the U.S. Department of Justice, Drug Enforcement Administration and a notice of seizure was mailed to Respondents on December 6, 2000.

Respondents hereby assert that they are husband and wife and are the sole owners of the currency in question. That the currency in question was derived from the employment of Respondents and was to be used to purchase real estate and not to violate any laws.

Wherefore, Respondents assert this claim and ask that it be filed pursuant to Rule C(6), Supplemental Rules for Certain Admiralty and Maritime Claims.

Respectfully submitted,

Angel Castro
Fed. I.D.#14115
State Bar #03997340
302 Kings Hwy., #107
Brownsville, Tx. 78521
(956) 544-2399
(956) 544-6829 Fax

ClibPDF - www.fastio.com

STATE OF FLORIDA

COUNTY OF Hilsborough

     The Undersigned, under oath, states that I am the Respondent in the above-entitled and

numbered cause, that I have read the foregoing instrument, that I am cognizant of the facts stated

herein and that the facts and allegations contained in the above and foregoing are true and

correct.

_Juan Mendez_
**Juan Mendez**

_Dania Robles_
**Dania Robles**

**SUBSCRIBED AND SWORN TO BEFORE ME by JUAN MENDEZ and DANIA
ROBLES on this the __23__ day of __April__ 2001.**

NORMALINDA CISNEROS
Notary Public - State of Florida
My Commission Expires Jan 16, 2005
Commission # CC993972

Notary Public, State of FLORIDA
**My commission expires:**

__1-16-05__

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Verified Claim was hand delivered to Ronald G. Morgan, Assistant U.S. Attorney at 600 East Harrison, #102 , Brownsville, Texas 78520 on this the 25th day of April, 2001.

Angel Castro
Attorney for Respondents

ClibPDF - www.fastio.com