10

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 6 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL NO. B-01-049 |
| | * | |
| TWENTY-SIX THOUSAND DOLLARS | * | |
| ($26,000.00) IN U.S.CURRENCY, | * | |
| Defendant | * | |

**DEFENDANT'S MOTION FOR ADDITIONAL TIME TO FILE
RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Respondents, DANIA ROBLES and JUAN MENDES, by and through their attorney of record, pursuant to Rule 6, F.R.C.P., and requests that the Court grant Defendant additional time in which to file responses to PLAINTIFF'S FIRST SET OF INTERROGATORIES.

I.

The deadline for filing responses to PLAINTIFF'S FIRST SET OF INTERROGATORIES is April 27, 2001.

II.

Defendant has been unable to file responses to PLAINTIFF'S FIRST SET OF INTERROGATORIES for the following reasons,

Respondents have been unable to aquire the income tax returns requested by Plaintiff. Respondents residence in Florida and not in Texas has also hampered the effort in communicating with their attorney. Respondents will be able to compile the answers to the interrogatories if granted an additional 10 days to respond.

III.

This extension of time is sought so that justice may be done, and not for purposes of delay.

IV.

Granting this request for an enlargement of time to file will not delay the beginning of trial.

V.

Defendant requests until May 7, 2001 to file responses to PLAINTIFF'S FIRST SET OF INTERROGATORIES.

**WHEREFORE, PREMISES CONSIDERED,** Defendant requests the Court to grant until May 7, 2001 to file responses to PLAINTIFF'S FIRST SET OF INTERROGATORIES.

Respectfully submitted,

By: _____
Angel Castro
Texas Bar No.03997340
Fed. I.D. No. 14115
302 Kings Hwy. #107
Brownsville, Texas 78521
Tel. (956)544-2399
Fax. (956)544-6829
Attorney for Respondents

## CERTIFICATE OF SERVICE

I certify that on April 25, 2001 a true and correct copy of Defendant's Motion to Extend Time to File Responses to PLAINTIFF'S FIRST SET OF INTERROGATORIES was hand delivered to Ronald G. Morgan at 600 East Harrison, #102 Brownsville Texas 78520.

_____
Angel Castro