# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 1 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. B-01-049 |
| TWENTY-SIX THOUSAND DOLLARS<br>($26,000.00) IN U.S. CURRENCY,<br>    Defendant. | §<br>§<br>§<br>§ | |

## ORDER

Pending before the Court is Defendant's Motion for Additional Time to File Responses to Plaintiff's First Set of Interrogatories (Docket No. 10). This Motion does not comply with the Local Rules for the Southern District of Texas.

IT IS THEREFORE, **DENIED**.

SIGNED at Brownsville, Texas, this 1st day of May, 2001.

_____
John Wm. Black
United States Magistrate Judge