/2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 1 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| Plaintiff, | * CIV. NO. B-01-049 |
| | * |
| TWENTY-SIX THOUSAND DOLLARS | * |
| ($26,000.00) IN U.S. CURRENCY | * |

VERIFIED ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, DANIA ROBLES and JUAN LUMBRERAS MENDES, Respondents herein, and file verified original answer in the above entitled and numbered cause. In support hereof, Respondents would show the Jury and this Honorable Court the following:

I.

GENERAL DENIAL

Respondents enter a general denial of the matters plead by the Plaintiff and demands strict proof thereof in accordance with the law.

Respondents would further assert that on or about November 8, 2000, State of Texas law enforcement agents seized the sum of Twenty Six Thousand Dollars ($26,000.00) in U.S. currency from Respondents. The seizure was adopted by the U.S. Department of Justice, Drug Enforcement Administration and a notice of seizure was mailed to Respondents on December 6, 2000.

Respondents hereby assert that they are husband and wife and are the sole owners of the currency in question. That the currency in question was derived from the employment of Respondents and was to be used to purchase real estate and not to violate any laws.

II

## AFFIRMATIVE DEFENSE

By way of further answer, should such be necessary, and without waiving the foregoing, Respondents plead that the search that resulted in the seizure of the property that forms the basis of this lawsuit, was illegal under the Texas and United States Constitutions.

III

## AFFIRMATIVE RELIEF

Respondents seek the return of the seized property free of all costs and charges.

Respondents seek recovery of all accrued interest on any portion of the seized property returned to them.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Respondents pray that the Court grant judgement herein for Respondents, that Plaintiff go forth and take nothing, that Respondents obtain the affirmative relief sought, and for all general and equitable relief.

Respectfully submitted,

_____
Angel Castro
Fed. I.D.#14115
State Bar #03997340

Law Office of Angel Castro
302 Kings Hwy., #107
Brownsville, Tx. 78521
Tel: (956) 544-2399
Fax: (956) 544-6829

ATTORNEY FOR:
DANIA ROBLES and
JUAN LUBRERAS MENDEZ

STATE OF **FLORIDA**           \*

                                            \*

COUNTY OF **Hillsborough**    \*

    The Undersigned, under oath, states that I am the Respondent in the above-entitled and numbered cause, that I have read the foregoing Original Answer, that I am cognizant of the facts stated herein and that the facts and allegations contained in the above and foregoing are true and correct.

_Juan Mendez_
Juan Mendez

_Dania Robles_
Dania Robles

SUBSCRIBED AND SWORN TO BEFORE ME by JUAN MENDEZ and DANIA ROBLES on this the **9th** day of **May** 2001.

_Norma L Cisneros_
Notary Public, State of **FLORIDA**
My commission expires:

**1-16-2005**



NORMALINDA CISNEROS
Notary Public - State of Florida
My Commission Expires Jan 16, 2005
Commission # CC993972

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Verified Original Answer was hand delivered to Ronald G. Morgan, Assistant U.S. Attorney at 600 East Harrison, #102, Brownsville, Texas 78520 on this the 11th day of May, 2001.

*Angel Castro* (signature)

Angel Castro