14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 1 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIV. NO. B-01-049 |
| | § | |
| TWENTY-SIX THOUSAND DOLLARS ($26,000.00) | § | |
| IN UNITED STATES CURRENCY | § | |
| | § | |
| Defendant. | § | |

## SETTLEMENT AGREEMENT

The United States of America, through Gregory A. Serres, United States Attorney, and Ronald G. Morgan, Assistant United States Attorney, and Angel Castro, as counsel for DANIA ROBLES and JUAN MENDEZ, (hereafter "Claimants) hereby enter into an agreed settlement of this action relating to the forfeiture of TWENTY-SIX THOUSAND DOLLARS ($26,000.00) IN UNITED STATES CURRENCY (hereafter "Defendant Currency") under and in accordance with the following terms:

1. The United States, through its agents, will pay to Claimants, by check made payable to Claimants' counsel, Angel Castro, Thirteen Thousand dollars ($13,000.00), which amount shall be drawn from the Defendant Currency in the possession of the United States;

2. The remaining Thirteen Thousand dollars ($13,000) of Defendant Currency is forfeited to United States Government;

As further consideration in support of this settlement, each party agrees to dismissal of this case with prejudice as to both parties and to bear its own attorney fees and costs incurred during the course of the action relating to the Defendant Currency, to include the previous administrative action.

This settlement agreement constitutes a complete and final settlement between the parties and resolves all claims and issues relating to the Government's seizure of the Defendant Currency. As such,

Claimant releases and forever discharges the United States, its employees, representatives and agents, including the U.S. Customs Service, the U.S. Attorney's Office and the U.S. Department of Justice, from all claims and causes of action arising out of or relating to the prosecution or settlement of this action, however, this paragraph shall not act as a release or discharge of the obligations and duties imposed on the United States by this Settlement Agreement. Similarly, except as provided by this agreement, the United States releases Claimant from all liability relating to the Defendant Currency.

Further, as part of the agreed settlement in this case, Claimants stipulate that reasonable cause, as that term is set forth in 28 U.S.C. § 2465, existed to seize the Defendant Currency and to file the forfeiture cause of action in this case. Further, Claimant agrees to the entry of a certificate of reasonable cause as provided by 28 U.S.C. § 2465.

APPROVED AS TO FORM AND SUBSTANCE:

Dated: June 1, 2001

| GREGORY A. SERRES<br>UNITED STATES ATTORNEY | DANIA ROBLES AND JUAN MENDEZ<br>CLAIMANTS |
|---|---|
| By: _____<br>RONALD G. MORGAN | By: _____<br>ANGEL CASTRO |
| Assistant U.S. Attorney<br>600 East Harrison Street, #201<br>Brownsville, Texas 78521<br>Tel. (956)548-2554<br>Fax (956) 584-2711 | Attorney at Law<br>Counsel for Claimants<br>302 Kings Highway, #107<br>Brownsville, Texas 78521<br>Tel. (956) 544-2399<br>Fax. (956) 544-6829 |

2