15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIV. NO. B-01-049 |
| | § | |
| TWENTY-SIX THOUSAND DOLLARS ($26,000.00) | § | |
| IN UNITED STATES CURRENCY | § | |
| | § | |
| Defendant. | § | |

### CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c)

| **Signatures and Typed Names** | **Party Represented** | **Date** |
|---|---|---|
| _/s/ Ronald G. Morgan_<br>RONALD G. MORGAN | Plaintiff/United States | 6/1/01 |
| _/s/ Angel Castro_<br>ANGEL CASTRO | Claimant/Dania Robles & Juan Mendez | 6/1/01 |

### ORDER OF TRANSFER

This case is transferred to United States Magistrate Judge

**JOHN WM. BLACK**

to conduct all further proceedings, including final judgment.

June 7, 2001
Date

_/s/_
United States District Judge

**NOTE:** RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY** IF ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.