16

United States District Court
Southern District of Texas
ENTERED

JUN 2 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIV. NO. B-01-049 |
| § | |
| TWENTY-SIX THOUSAND DOLLARS ($26,000.00) § | |
| IN UNITED STATES CURRENCY § | |
| § | |
| Defendant. § | |

## FINAL ORDER OF FORFEITURE AND RELEASE

Upon consideration of the "Settlement Agreement" in the above styled case entered into by and between the parties to this action on _01 June_, 2001:

IT IS HEREBY **ORDERED** that:

1. The United States, through its agents, will pay Thirteen Thousand dollars ($13,000.00) of the Defendant Currency to Claimant in the ordinary course of business;

2. The remaining Thirteen Thousand dollars ($13,000) of the Defendant Currency is ordered forfeited to the United States Government,

3. The United States is directed to dispose of the forfeited portion of the Defendant Currency in accordance with this order and law.

4. Based upon Claimant's stipulation that reasonable cause, as that term is set forth in 28 U.S.C. § 2465, existed to seize the Defendant Currency, the Court finds that reasonable cause, under 18 U.S.C. § 981 and 28 U.S.C. § 2465, existed for seizure of the Defendant Currency and filing of the forfeiture action in this matter.

5. Based upon the agreement of the parties, as reflected in and in accordance with the

terms contained in the "Settlement Agreement" entered into by the parties, the Court orders that this matter be dismissed with prejudice as to both parties.

**THIS IS THE FINAL ORDER OF FORFEITURE.**

ORDERED and SIGNED this 27 day of JUNE, 2001, at Brownsville, Texas.

_____
UNITED STATES MAGISTRATE JUDGE

2